1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   SHUJAUDDIN,

9                         Plaintiff,

10        v.

11   CENTRAL INTELLEGENCE AGENCY,

12                         Defendant.

Case No. C25-2089-JNW

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

13

14        Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-

15   entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00

16   filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However,

17   the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before

18   issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily

19   entitle Plaintiff to a waiver of any other cost(s) of litigation.

20        The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal

21   N. Whitehead.

22        //

23        //

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1      Dated this 28th day of October, 2025.

2

3                                  MICHELLE L. PETERSON
                                    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2