UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHUJAUDDIN, | CASE NO. 2:25-cv-02089-JNW |
| Plaintiff, | ORDER |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, | |
| Defendant. | |

On Mach 30, 2026, the Court screened Plaintiff Shujauddin's complaint under 28 U.S.C. § 1915(e) and determined that it failed to state a viable claim. Dkt. No. 5. The Court gave Shujauddin a chance to file an amended complaint to cure the deficiencies and warned that failure to file an amended complaint by April 13, 2026, would result in a dismissal of this case without prejudice. *Id*. That deadline has passed and Shujauddin has not filed an amended complaint.

Accordingly, the Court ORDERS that this case is DISMISSED without prejudice.

Dated this 24th day of April, 2026.

ORDER - 1

Jamal N. Whitehead
United States District Judge

ORDER - 2